# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**MICHAEL SHAWN JORDAN, #215106**                        **PETITIONER**

**v.**                                      **CIVIL NO. 1:25cv358-HSO-BWR**

**STATE OF MISSISSIPPI**                                        **RESPONDENT**

## FINAL JUDGMENT

This matter is before the Court sua sponte. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that, this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 30th day of January, 2026.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE